# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD. | BASKING RIDGE OFFICE |
| JOHN P. CIONE, Esq.** Of Counsel | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| ** Licensed in New York | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |

Alla S. Fromm, Litigation Paralegal  
afrommlaw@comcast.net  
Christie P. Fay, Real Estate Paralegal  
pjcrealestate@comcast.net  
*Qualified Family Mediator per R. 1:40

VOICE:  (908) 284-0997  
FAX: (908) 284-0915

EMAIL: pjcerillolaw@comcast.net

**REPLY TO:**  
FLEMINGTON OFFICE

September 30, 2014

The Honorable Cathy L. Waldor, Magistrate Judge  
Courtroom MLK 4C  
Martin Luther King, Jr. Federal Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07101

   Re: **Malibu Media, LLC v. John Doe subscriber assigned IP address 98.109.66.5**  
      <u>**Case No:  2:14-cv-04398-WHW-CLW**</u>

Dear Judge Waldor:

  Please be advised that the undersigned represents Plaintiff in the above-referenced matter. On September 25, 2014, Your Honor entered an Order granting Plaintiff's Motion for Leave to Serve a Third Party Subpoena prior to a Rule 26(f) Conference (Document #5).

  The Orders references Comcast as to the internet service provider ("ISP") on page 4. It has come to our attention that the true ISP is Verizon. Verizon demands a new Order specifically referencing Verizon in the Order.

  Therefore, it is respectfully requested that the Order dated September 25, 2014 be amended accordingly to allow plaintiff to proceed with this case.

  I thank Your Honor for your courtesies and attention to this matter. Should the Court have questions regarding the foregoing, please do not hesitate to contact me at (908) 284-0997.

          Very truly yours,

          */s/ Patrick J. Cerillo*

          Patrick J. Cerillo, Esquire

PJC/cpf  
Cc: Malibu Media, LLC